400 P.2d 363

**Debra Lou DEAR, a Minor, by Betty Lou Ady, Guardian, and Betty Lou Ady, Appellants,**

v.

**CITY OF TEMPE, A Municipal Corporation, Appellee.***

**No. 1 CA–CIV 26.**

Court of Appeals of Arizona.

April 5, 1965.

Ira J. Bergman, John A. Metheany, Phoenix, for appellants.

Douglas N. MacArthur, Tempe, for appellee.

* This appeal was filed with the Arizona Supreme Court and assigned that Court's Number 7593. The matter was referred to this Court pursuant to Section 12–120.-23 A.R.S.

PER CURIAM.

The appellants filed a tort action against the City of Tempe and others. The City of Tempe filed a motion for summary judgment urging the defense of governmental immunity. The trial court followed the then recognized law and granted the motion. A judgment in favor of the City of Tempe was entered and this appeal followed.

Thereafter the Arizona Supreme Court rendered its decision in the case of Stone v. Arizona Highway Commission, 93 Ariz. 384, 381 P.2d 107 (1963). The City of Tempe concedes that on the basis of Stone the judgment in its favor must be reversed.

This cause is reversed and remanded with instructions to vacate the judgment in favor of the City of Tempe and to reinstate the plaintiffs' complaint against the City of Tempe.